| From: | TXW_USDC_Notice@txwd.uscourts.gov |
|---|---|
| To: | cmecf_notices@txwd.uscourts.gov |
| Subject: | Activity in Case 5:20-cv-00109 Braden et al v. United States of America Complaint |
| Date: | Wednesday, January 29, 2020 4:34:53 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court [LIVE]

## Western District of Texas

### Notice of Electronic Filing

The following transaction was entered by Demerath, Justin on 1/29/2020 at 4:34 PM CST and filed on 1/29/2020

| **Case Name:** | Braden et al v. United States of America |
|---|---|
| **Case Number:** | 5:20-cv-00109 |
| **Filer:** | Robert Braden |
| | Brenda Moulton |
| | Rebecca Metcalf |

**Document Number:** 1

**Docket Text:**
**COMPLAINT ( Filing fee $ 400 receipt number 0542-13139587), filed by Robert Braden, Brenda Moulton, Rebecca Metcalf. (Attachments: # (1) Civil Cover Sheet)(Demerath, Justin)**

**5:20-cv-00109 Notice has been electronically mailed to:**

Justin B. Demerath     jdemerath@808west.com, akeeran@808west.com, kohanlon@808west.com

**5:20-cv-00109 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=1/29/2020] [FileNumber=22786441-0] [38522e5db6f47c806d04dc6382f4e487c7d27396abe71e9b38f7f9763ee133fa3b

9a53e8d5e42a127cd811670ca39f7f54dae2d9103c93033bb7a531569528b0]]

**Document description:**Civil Cover Sheet

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1080075687 [Date=1/29/2020] [FileNumber=22786441-1] [2ee93d70bf2164a614e7b950ef81e86de30b4efa2fafe7ec3c1a542007775b2e90a95d5d936d8e935d833ce02a6b5688e68a7405f3488c735fcd5cb9fe9dc913]]

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24123 | 4/30/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6491.002 | 3/18/2019 | |

| Case Name |
|---|
| Robert Braden |

| Records Pertaining To |
|---|
| Robert Braden |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CONNALLY MEMORIAL MEDICAL CENTER<br>Billing Records<br>499 10TH STREET<br>Floresville, TX  78114 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Robert Braden (Billing) | | 5.00 | Pages | @ | 0.19 | 0.95 |
| Base Fee | | | | | 38.00 | 38.00 |
| (TAXABLE  $38.95) | | | | | | |

**TOTAL DUE  >>>**  **$38.95**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | |
|---|---|---|---|
| Order No. | : 6491.002 | BU ID | : MAIN |
| Case No. | : | | |
| Case Name | : Robert Braden | | |
| Invoice No. | : 24123 | Invoice Date | : 4/30/2019 |
| **Total Due** | : **$38.95** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:  **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

# I N V O I C E



## UNITED RECORD
### S E R V I C E S , L L C

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24228 | 5/9/2019 | Net 30 |

| Order No. | Order Date | Case No. |
|---|---|---|
| 6491.001 | 3/18/2019 | |

| Case Name |
|---|
| Robert Braden |

| Records Pertaining To |
|---|
| Robert Braden |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CONNALLY MEMORIAL MEDICAL CENTER<br>Medical Records<br>499 10TH STREET<br>Floresville, TX  78114 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Robert Braden (Medical) | | 22.00 | Pages | @ | 0.19 | 4.18 |
| Custodian Fee | | | | | 59.99 | 59.99 |
| Base Fee | | | | | 38.00 | 38.00 |
| (TAXABLE  $102.17) | | | | | | |

**TOTAL DUE  >>>**                    **$102.17**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | | |
|---|---|---|---|---|
| Order No. | : 6491.001 | | BU ID | : MAIN |
| Case No. | : | | | |
| Case Name | : Robert Braden | | | |
| Invoice No. | : 24228 | | Invoice Date | : 5/9/2019 |
| **Total Due** | : **$102.17** | | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

# INVOICE



**UNITED RECORD**
S E R V I C E S, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24369 | 5/22/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6491.003 | 3/18/2019 | |

| **Case Name** |
|---|
| Robert Braden |

| **Records Pertaining To** |
|---|
| Robert Braden |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CONNALLY MEMORIAL MEDICAL CENTER Radiology 499 10TH STREET Floresville, TX  78114 | Alice Keeran O'Hanlon, McCollom & Demerath Attorneys-at-law 808 West Ave Austin, TX  78701 | Client Matter No.: Claim No.: Insured: D/O/L: |

| | | | | |
|---|---|---|---|---|
| Robert Braden (Radiology) | 2.00 Pages | @ | 0.19 | 0.38 |
| Custodian Fee | | | 46.20 | 46.20 |
| Base Fee | | | 38.00 | 38.00 |
| Electronic Records | 2.00 Disks | @ | 20.00 | 40.00 |
| FedEx | | | 12.00 | 12.00 |
| (TAXABLE  $124.58) | | | | |

**TOTAL DUE  >>>**                                    **$136.58**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Order No. | : 6491.003 | BU ID | : MAIN |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Robert Braden | | |

| Invoice No. | : 24369 | Invoice Date | : 5/22/2019 |
|---|---|---|---|
| **Total Due** | **: $136.58** | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **United Record Services, LLC**
            **P.O.Box 171055**
            **San Antonio, TX  78217**

# INVOICE



**UNITED RECORD SERVICES, LLC**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 26115 | 11/5/2019 | Net 30 |

| Order No. | Order Date | Case No. |
|---|---|---|
| 6491.004 | 9/16/2019 | |

| Case Name |
|---|
| Robert Braden |

| Records Pertaining To |
|---|
| Robert Braden |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| VICTORIA EMERGENCY PARTNERS<br>Billing Records<br>CHARTSWAP<br>Dallas, TX  75320 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Robert Braden (Billing) | | 5.00 | Pages | @ | 0.19 | 0.95 |
| Custodian Fee | | | | | 61.23 | 61.23 |
| Base Fee | | | | | 38.00 | 38.00 |
| (TAXABLE  $100.18) | | | | | | |

**TOTAL DUE  >>>**                                                                      **$100.18**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ▓▓▓▓▓

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | | |
|---|---|---|---|---|
| Order No. | : | 6491.004 | BU ID | : MAIN |
| Case No. | : | | | |
| Case Name | : | Robert Braden | | |

| | | | | |
|---|---|---|---|---|
| Invoice No. | : | 26115 | Invoice Date | : 11/5/2019 |
| **Total Due** | : | **$100.18** | | |

Remit To:   **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24521 | 6/5/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.006 | 5/22/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CONNALLY MEMORIAL MEDICAL CENTER<br>Medical Records<br>499 10TH STREET<br>Floresville, TX  78114 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Brenda Moulton (Medical) | 312.00 | Pages | @ | 0.19 | 59.28 |
| Custodian Fee | | | | 106.08 | 106.08 |
| Base Fee | | | | 38.00 | 38.00 |
| (TAXABLE  $203.36) | | | | | |

**TOTAL DUE  >>>**                                    **$203.36**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ▉▉▉▉▉

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | | |
|---|---|---|---|---|
| Order No. | : 6629.006 | BU ID | : MAIN |
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |
| Invoice No. | : 24521 | Invoice Date | : 6/5/2019 |
| **Total Due** | **: $203.36** | | |

**Remit To:**   **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# O'HANLON, DEMERATH & CASTILLO

ATTORNEYS AND COUNSELORS AT LAW

808 WEST AVENUE
AUSTIN, TEXAS 78701
PHONE: (512) 494-9949
FAX: (512) 494-9919

June 7, 2019

Internal Revenue Service
RAIVS Team
Stop 6716 AUSC
Austin, Texas 73301

RE:    Request for Copy of Tax Return - Brenda Moulton

To Whom it May Concern,

Enclosed, please find the executed request form, a check in the amount of $350.00 payable to the United States Treasury.

Should you have any questions or concerns regarding this request, please do not hesitate to contact Alice Keeran in our office at (512) 494-9949.

Thank you for your time and attention to this matter.

Sincerely,

Nancy Van Gompel
Legal Secretary to
Justin B. Demerath

Enclosures: *Request for Copy of Tax Return, check*

# O'HANLON, DEMERATH & CASTILLO

### ATTORNEYS AND COUNSELORS AT LAW

808 WEST AVENUE
AUSTIN, TEXAS 78701
PHONE: (512) 494-9949
FAX: (512) 494-9919

June 7, 2019

Social Security Administration
Division of Earnings and Business Services
P.O. Box 33011
Baltimore, Maryland 21290-3003

RE:    Request for Social Security Earnings Information - Brenda Moulton

To Whom it May Concern,

Enclosed, please find the executed request form, a check in the amount of $34.00 payable to Social Security Administration.

Should you have any questions or concerns regarding this request, please do not hesitate to contact Alice Keeran in our office at (512) 494-9949.

Thank you for your time and attention to this matter.

Sincerely,

Nancy Van Gompel
Legal Secretary to
Justin B. Demerath

Enclosures: *Request for Social Security Earnings Information,, check*

# I N V O I C E



**UNITED RECORD**
S E R V I C E S, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24564 | 6/10/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.018 | 6/4/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CONNALLY MEMORIAL MEDICAL CENTER<br>Medical Records<br>499 10TH STREET<br>Floresville, TX  78114 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Brenda Moulton (Radiology) | 6.00 | Pages | @ | 0.19 | 1.14 |
| Custodian Fee |  |  |  | 46.20 | 46.20 |
| Electronic Records | 2.00 | Disks | @ | 25.00 | 50.00 |
| Base Fee |  |  |  | 38.00 | 38.00 |
| FedEx |  |  |  | 12.00 | 12.00 |
| (TAXABLE  $135.34) |  |  |  |  |  |

**TOTAL DUE  >>>**                    **$147.34**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ███

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

Order No.     :  6629.018          BU ID        : MAIN
Case No.      :
Case Name     :  Brenda Moulton

Invoice No.   :  24564          Invoice Date   : 6/10/2019
**Total Due    :  $147.34**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **United Record Services, LLC**
            **P.O.Box 171055**
            **San Antonio, TX  78217**

# INVOICE



**UNITED RECORD SERVICES, LLC**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24605 | 6/12/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.003 | 5/22/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| UNIVERSITY HEALTH SYSTEM<br>Billing Records<br>4502 MEDICAL DRIVE, MS 113-1<br>San Antonio, TX  78229 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Brenda Moulton (Billing) | 81.00 | Pages | @ | 0.19 | 15.39 |
| Custodian Fee | | | | 132.00 | 132.00 |
| Base Fee | | | | 38.00 | 38.00 |
| (TAXABLE  $185.39) | | | | | |

**TOTAL DUE  >>>**      **$185.39**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | |
|---|---|---|---|
| Order No. | : 6629.003 | BU ID | : MAIN |
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |
| Invoice No. | : 24605 | Invoice Date | : 6/12/2019 |
| **Total Due** | : **$185.39** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:  **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24692 | 6/20/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.015 | 5/22/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX 78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| GIRLING COMMUNITY CARE SAN ANTONIO<br>Billing Records<br>5282 MEDICAL DRIVE, SUITE 420<br>San Antonio, TX 78229 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX 78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| Brenda Moulton (Billing) | 3.00 Pages @ 0.19 | 0.57 |
| Base Fee | 38.00 | 38.00 |
| (TAXABLE $38.57) | | |
| | **TOTAL DUE >>>** | **$38.57** |

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ████

---

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX 78701

Order No. : 6629.015          BU ID          : MAIN
Case No. :
Case Name : Brenda Moulton

Invoice No. : 24692          Invoice Date : 6/20/2019
**Total Due** : **$38.57**

Remit To: **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX 78217**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**UNITED RECORD SERVICES, LLC**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24726 | 6/25/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.020 | 6/19/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| POST ACUTE MEDICAL<br>Billing Records<br>8081 ROYAL RIDGE, 130<br>Irving, TX  75063 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Brenda Moulton (Billing) | 13.00 Pages | @ | 0.19 | 2.47 |
| Pickup Fee | | | 50.00 | 50.00 |
| Base Fee | | | 38.00 | 38.00 |
| (TAXABLE  $40.47) | | | | |

**TOTAL DUE  >>>**     **$90.47**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | | | |
|---|---|---|---|---|---|
| Order No. | : | 6629.020 | BU ID | : MAIN |
| Case No. | : | | | |
| Case Name | : | Brenda Moulton | | |

Invoice No.    :   24726      Invoice Date    : 6/25/2019
**Total Due**    :   **$90.47**

Remit To:    **United Record Services, LLC**
           **P.O.Box 171055**
           **San Antonio, TX  78217**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



UNITED RECORD
SERVICES, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24730 | 6/25/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.010 | 5/22/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CAMINO REAL COMMUNITY SERVICES<br><br>, | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Brenda Moulton (Medical & Billing)          152.00 Pages

|  |  |  |
|---|---|---|
| Custodian Fee | 142.95 | 142.95 |
| Base Fee | 38.00 | 38.00 |
| (TAXABLE  $180.95) | | |

TOTAL DUE  >>>                    **$180.95**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | |
|---|---|---|---|
| Order No. | : 6629.010 | BU ID | : MAIN |
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |
| Invoice No. | : 24730 | Invoice Date | : 6/25/2019 |
| **Total Due** | : **$180.95** | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **United Record Services, LLC**
            **P.O.Box 171055**
            **San Antonio, TX  78217**

# I N V O I C E



**UNITED RECORD SERVICES, LLC**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24827 | 7/3/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.013 | 5/22/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SAN ANTONIO SPINE CENTER<br>Medical and Billing<br><br>, | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Brenda Moulton (Medical, Billing and Radiology) | 28.00 | Pages | @ | 0.19 | 5.32 |
| Custodian Fee | | | | 104.50 | 104.50 |
| Base Fee | | | | 38.00 | 38.00 |
| (TAXABLE  $147.82) | | | | | |

**TOTAL DUE  >>>**      **$147.82**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | |
|---|---|---|
| Order No. | : 6629.013 | BU ID    : MAIN |
| Case No. | : | |
| Case Name | : Brenda Moulton | |
| | | |
| Invoice No. | : 24827 | Invoice Date   : 7/3/2019 |
| **Total Due** | : **$147.82** | |

Remit To:   **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24882 | 7/10/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.001 | 5/22/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CURRIER MD<br>Medical and Billing<br>601 PERSON ST.<br>Stockdale, TX  78160 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Brenda Moulton (Medical & Billing) | 115.00 Pages | @ | 0.19 | 21.85 |
| Custodian Fee | | | 55.00 | 55.00 |
| Base Fee | | | 38.00 | 38.00 |
| (TAXABLE  $114.85) | | | | |

**TOTAL DUE  >>>**                                        **$114.85**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ████████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | | |
|---|---|---|---|---|
| Order No. | : 6629.001 | BU ID | : MAIN |
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |

| | | | |
|---|---|---|---|
| Invoice No. | : 24882 | Invoice Date | : 7/10/2019 |
| **Total Due** | : **$114.85** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:  **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

# I N V O I C E



**UNITED RECORD**
SERVICES, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24943 | 7/16/2019 | Net 30 |
| Order No. | Order Date | Case No. |
| 6629.009 | 5/22/2019 | |

| Case Name |
|---|
| Brenda Moulton |

| Records Pertaining To |
|---|
| Brenda Moulton |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| POST ACUTE MEDICAL<br>Medical and Billing<br>5101 MEDICAL DR<br>San Antonio, TX  78229 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Brenda Moulton (Medical) | | 98.00 | Pages | @ | 0.19 | 18.62 |
| Custodian Fee | | | | 185.05 | 185.05 |
| Base Fee | | | | 38.00 | 38.00 |
| (TAXABLE  $241.67) | | | | | |

**TOTAL DUE  >>>**                              **$241.67**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ▇▇▇▇▇

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | | |
|---|---|---|---|---|
| Order No. | : 6629.009 | BU ID | : MAIN |
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |
| Invoice No. | : 24943 | Invoice Date | : 7/16/2019 |
| **Total Due** | **: $241.67** | | |

Remit To:  **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



## UNITED RECORD
### S E R V I C E S, L L C

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 24956 | 7/18/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.008 | 5/22/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| THE PODIATRY GROUP OF SOUTH TEXAS, PA<br>Medical, Billing and Radiology Films<br>45 NE LOOP 410, SUITE 485<br>San Antonio, TX  78216 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Brenda Moulton (Medical, Billing and Radiology) | 12.00 Pages | @ | 0.19 | 2.28 |
| Custodian Fee | | | 110.00 | 110.00 |
| Base Fee | | | 38.00 | 38.00 |
| (TAXABLE  $150.28) | | | | |

**TOTAL DUE  >>>**                    **$150.28**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** █████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | | |
|---|---|---|---|---|
| Order No. | : 6629.008 | BU ID | : MAIN |
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |
| | | | |
| Invoice No. | : 24956 | Invoice Date | : 7/18/2019 |
| **Total Due** | : **$150.28** | | |

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 25091 | 8/5/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.002 | 5/22/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| UNIVERSITY HEALTH SYSTEM<br>Medical Records<br>4502 MEDICAL DR., MS-26-2<br>San Antonio, TX  78229 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | |
|---|---|---|---|
| Brenda Moulton (Medical) | 1,772.00  Pages | | |
|     Custodian Fee | | 106.74 | 106.74 |
|     Electronic Records | | 25.00 | 25.00 |
|     Base Fee | | 38.00 | 38.00 |
| (TAXABLE  $169.74) | | | |
| | **TOTAL DUE  >>>** | | **$169.74** |

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

Order No.    :  6629.002      BU ID       : MAIN
Case No.     :
Case Name   :  Brenda Moulton

Invoice No.   :  25091        Invoice Date   : 8/5/2019
**Total Due**    :  **$169.74**

Remit To:   **United Record Services, LLC**
              **P.O.Box 171055**
              **San Antonio, TX  78217**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:             Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:

# I N V O I C E



**UNITED RECORD**
S E R V I C E S, L L C

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 25147 | 8/11/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.014 | 5/22/2019 | |

| **Case Name** | | |
|---|---|---|
| Brenda Moulton | | |

| **Records Pertaining To** | | |
|---|---|---|
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| DR. ERIC J. BRAHIN<br>Medical and Billing<br>2600 SW MILITARY DRIVE, SUITE 100<br>San Antonio, TX  78224 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Brenda Moulton (Medical, Billing and Radiology) | 9.00 Pages | @ | 0.19 | 1.71 |
| Custodian Fee | | | 27.50 | 27.50 |
| Base Fee | | | 38.00 | 38.00 |
| (TAXABLE  $67.21) | | | | |

**TOTAL DUE  >>>**                                    **$67.21**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ██████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

Order No.     :  6629.014          BU ID          : MAIN
Case No.      :
Case Name  :  Brenda Moulton

Invoice No.   :  25147               Invoice Date    : 8/11/2019
**Total Due**    :  **$67.21**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:    **United Record Services, LLC**
             **P.O.Box 171055**
             **San Antonio, TX  78217**

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 25155 | 8/12/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.017 | 6/4/2019 | |

| Case Name |
|---|
| Brenda Moulton |

| Records Pertaining To |
|---|
| Brenda Moulton |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CONNALLY MEMORIAL MEDICAL CENTER<br>Medical Records<br>499 10TH STREET<br>Floresville, TX  78114 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Brenda Moulton (Billing)                                                    41.00  Pages       @          0.19            7.79
    Base Fee                                                                                      38.00          38.00

(TAXABLE  $45.79)

TOTAL DUE  >>>                                                                                            $45.79

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

Order No.        :  6629.017              BU ID          : MAIN

Case No.         :

Case Name    :  Brenda Moulton

Invoice No.     :  25155              Invoice Date      : 8/12/2019

**Total Due**      :  **$45.79**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

# INVOICE

**UNITED RECORD**
S E R V I C E S , LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 25177 | 8/14/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.004 | 5/22/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| UNIVERSITY HEALTH SYSTEM<br>Radiology<br>ATTN: FILM LIBRARY<br>4502 MEDICAL DR<br>San Antonio, TX  78229 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Brenda Moulton (Radiology) | 2.00 | Pages | | | |
|---|---|---|---|---|---|
| Custodian Fee | | | | 98.25 | 98.25 |
| Custodian Fee | | | | 11.00 | 11.00 |
| Electronic Records | 2.00 | Disks | @ | 25.00 | 50.00 |
| Base Fee | | | | 38.00 | 38.00 |
| FedEx | | | | 11.00 | 11.00 |
| (TAXABLE  $197.25) | | | | | |

**TOTAL DUE  >>>**                                        **$208.25**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Order No. | : 6629.004 | BU ID | : MAIN |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |
| Invoice No. | : 25177 | Invoice Date | : 8/14/2019 |
| **Total Due** | **: $208.25** | | |

Remit To:   **United Record Services, LLC**
            **P.O.Box 171055**
            **San Antonio, TX  78217**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE

**UNITED RECORD**
S E R V I C E S, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 25525 | 9/19/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.011 | 5/22/2019 | |

| **Case Name** |
|---|
| Brenda Moulton |

| **Records Pertaining To** |
|---|
| Brenda Moulton |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| THE ECUMENICAL CENTER<br>Medical and Billing<br>13774 US HIGHWAY 87W<br>La Vernia, TX  78121 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Brenda Moulton (Medical) | 34.00 Pages | @ | 0.19 | 6.46 |
| Pickup Fee | | | 20.00 | 20.00 |
| Base Fee | | | 38.00 | 38.00 |
| (TAXABLE  $44.46) | | | | |

**TOTAL DUE  >>>**                    **$64.46**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** █████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | | |
|---|---|---|---|---|
| Order No. | : 6629.011 | BU ID | : MAIN |
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |

| | | | |
|---|---|---|---|
| Invoice No. | : 25525 | Invoice Date | : 9/19/2019 |
| **Total Due** | : **$64.46** | | |

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

# I N V O I C E

UNITED RECORD SERVICES, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 25796 | 10/11/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.023 | 9/16/2019 | |

| **Case Name** |
|---|
| Brenda Moulton |

| **Records Pertaining To** |
|---|
| Brenda Moulton |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| UTHSCSA/UT MEDICINE<br>Billing Records<br>8300 FLOYD CURL DRIVE, MC 8308<br>San Antonio, TX  78229 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Brenda Moulton (Billing) | 32.00 | Pages | @ | 0.19 | 6.08 |
| Custodian Fee | | | | 44.00 | 44.00 |
| Base Fee | | | | 38.00 | 38.00 |
| (TAXABLE  $88.08) | | | | | |

**TOTAL DUE  >>>**                    **$88.08**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ▇▇▇▇▇

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | | |
|---|---|---|---|---|
| Order No. | : 6629.023 | | BU ID | : MAIN |
| Case No. | : | | | |
| Case Name | : Brenda Moulton | | | |
| Invoice No. | : 25796 | | Invoice Date | : 10/11/2019 |
| **Total Due** | : **$88.08** | | | |

**PAYMENT WITH CREDIT CARD**         AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **United Record Services, LLC**
            **P.O.Box 171055**
            **San Antonio, TX  78217**

# I N V O I C E



**UNITED RECORD**
S E R V I C E S, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 26111 | 11/4/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.025 | 10/23/2019 | |

| **Case Name** | | |
|---|---|---|
| Brenda Moulton | | |

| **Records Pertaining To** | | |
|---|---|---|
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| GUADALUPE REGIONAL MEDICAL CENTER<br>Medical Records<br>1215 E. COURT STREET<br>Seguin, TX  78155 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Brenda Moulton (Medical) | | 26.00 Pages | @ | 0.19 | 4.94 |
| Custodian Fee | | | | 106.74 | 106.74 |
| Base Fee | | | | 38.00 | 38.00 |
| (TAXABLE  $149.68) | | | | | |
| | | | **TOTAL DUE  >>>** | | **$149.68** |

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | | |
|---|---|---|---|---|
| Order No. | : 6629.025 | | BU ID | : MAIN |
| Case No. | : | | | |
| Case Name | : Brenda Moulton | | | |
| | | | | |
| Invoice No. | : 26111 | | Invoice Date | : 11/4/2019 |
| **Total Due** | : **$149.68** | | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____     Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

# INVOICE



**UNITED RECORD**
S E R V I C E S, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 26117 | 11/5/2019 | Net 30 |

| Order No. | Order Date | Case No. |
|---|---|---|
| 6629.024 | 9/16/2019 | |

| Case Name |
|---|
| Brenda Moulton |

| Records Pertaining To |
|---|
| Brenda Moulton |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX 78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| VICTORIA EMERGENCY PARTNERS<br>Billing Records<br>CHARTSWAP<br>Dallas, TX 75320 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX 78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Brenda Moulton (Billing) | 5.00 Pages | @ | 0.19 | 0.95 |
|---|---|---|---|---|
| Custodian Fee | | | 61.23 | 61.23 |
| Base Fee | | | 38.00 | 38.00 |
| (TAXABLE $100.18) | | | | |

**TOTAL DUE >>>**                                        **$100.18**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX 78701

| Order No. | : 6629.024 | BU ID | : MAIN |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |

| Invoice No. | : 26117 | Invoice Date | : 11/5/2019 |
|---|---|---|---|
| **Total Due** | : **$100.18** | | |

Remit To:    **United Record Services, LLC**
             **P.O.Box 171055**
             **San Antonio, TX 78217**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**UNITED RECORD SERVICES, LLC**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 26460 | 11/29/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.029 | 10/23/2019 | |

| **Case Name** |
|---|
| Brenda Moulton |

| **Records Pertaining To** |
|---|
| Brenda Moulton |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| THE PODIATRY GROUP OF SOUTH TEXAS, PA<br>Medical, Billing and Radiology Films<br>45 NE LOOP 410, SUITE 485<br>San Antonio, TX  78216 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Brenda Moulton (Medical, Billing and Radiology) | 30.00 Pages | @ | 0.19 | 5.70 |
| Custodian Fee | | | 137.50 | 137.50 |
| Base Fee | | | 38.00 | 38.00 |
| (TAXABLE  $181.20) | | | | |

**TOTAL DUE  >>>**          **$181.20**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | |
|---|---|---|---|
| Order No. | : 6629.029 | BU ID | : MAIN |
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |
| Invoice No. | : 26460 | Invoice Date | : 11/29/2019 |
| **Total Due** | **: $181.20** | | |

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:  **United Record Services, LLC**
          **P.O.Box 171055**
          **San Antonio, TX  78217**

# INVOICE



| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 26575 | 12/10/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.026 | 10/23/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| GUADALUPE REGIONAL MEDICAL CENTER<br>Medical Records<br>1215 E. COURT STREET<br>Seguin, TX  78155 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Brenda Moulton (Radiology) | | 4.00 | Pages | @ | 0.19 | 0.76 |
| Custodian Fee | | | | | 19.89 | 19.89 |
| FedEx | | | | | 12.00 | 12.00 |
| Base Fee | | | | | 38.00 | 38.00 |
| (TAXABLE  $58.65) | | | | | | |

**TOTAL DUE  >>>**                  **$70.65**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ██████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Order No. | : | 6629.026 | BU ID | : MAIN |
|---|---|---|---|---|
| Case No. | : | | | |
| Case Name | : | Brenda Moulton | | |

| Invoice No. | : | 26575 | Invoice Date | : 12/10/2019 |
|---|---|---|---|---|
| **Total Due** | : | **$70.65** | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                 Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **United Record Services, LLC**
            **P.O.Box 171055**
            **San Antonio, TX  78217**

# INVOICE



**UNITED RECORD**
S E R V I C E S, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 26602 | 12/12/2019 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.028 | 10/23/2019 | |

| **Case Name** | | |
|---|---|---|
| Brenda Moulton | | |

| **Records Pertaining To** | | |
|---|---|---|
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CURRIER MD<br>Medical and Billing<br>601 PERSON ST.<br>Stockdale, TX  78160 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Brenda Moulton (Medical & Billing) | | 51.00 | Pages | @  0.19 | 9.69 |
| Base Fee | | | | 38.00 | 38.00 |
| (TAXABLE  $47.69) | | | | | |
| | | | | **TOTAL DUE  >>>** | **$47.69** |

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | | |
|---|---|---|---|---|
| Order No. | : 6629.028 | BU ID | : MAIN |
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |
| Invoice No. | : 26602 | Invoice Date | : 12/12/2019 |
| **Total Due** | **: $47.69** | | |

Remit To:   **United Record Services, LLC**
        **P.O.Box 171055**
        **San Antonio, TX  78217**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

# I N V O I C E



**UNITED RECORD**
S E R V I C E S , LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 27313 | 2/10/2020 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.027 | 10/23/2019 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| GUADALUPE REGIONAL MEDICAL CENTER<br>Billing Records<br>1215 E. COURT STREET<br>Seguin, TX  78155 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Brenda Moulton (Billing) | | 6.00 | Pages | @ | 0.19 | 1.14 |
|---|---|---|---|---|---|---|
| Custodian Fee | | | | | 8.31 | 8.31 |
| Base Fee | | | | | 38.00 | 38.00 |
| (TAXABLE  $47.45) | | | | | | |

**TOTAL DUE  >>>**                                    **$47.45**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ▮▮▮▮▮

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Order No. | : 6629.027 | BU ID | : MAIN |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |

| Invoice No. | : 27313 | Invoice Date | : 2/10/2020 |
|---|---|---|---|
| **Total Due** | **: $47.45** | | |

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:  **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

# INVOICE



**UNITED RECORD**
S E R V I C E S, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 27576 | 2/25/2020 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.030 | 2/24/2020 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| WILSON COUNTY EMS<br>Medical and Billing<br>1402 HOSPITAL BLVD<br>Floresville, TX  78114 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | | |
|---|---|---|---|---|---|
| Brenda Moulton (Medical & Billing) | | 18.00 | Pages | @   0.19 | 3.42 |
| Custodian Fee | | | | 83.23 | 83.23 |
| Base Fee | | | | 38.00 | 38.00 |
| (TAXABLE  $124.65) | | | | | |

**TOTAL DUE  >>>** **$124.65**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | | |
|---|---|---|---|---|
| Order No. | : 6629.030 | | BU ID | : MAIN |
| Case No. | : | | | |
| Case Name | : Brenda Moulton | | | |
| Invoice No. | : 27576 | | Invoice Date | : 2/25/2020 |
| **Total Due** | **: $124.65** | | | |

Remit To:  **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

**UNITED RECORD**
S E R V I C E S, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 27859 | 3/16/2020 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.032 | 3/16/2020 | |
| **Case Name** | | |
| Brenda Moulton | | |
| **Records Pertaining To** | | |
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SOUTH TEXAS PHYSICAL MEDICINE AND REHABILITATION GROUP<br>Medical and Billing<br>2 SPURS LANE, BLDG 6, SUITE 101<br>San Antonio, TX  78240 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Brenda Moulton (Billing) | 5.00 Pages | @ | 0.19 | 0.95 |
| Base Fee | | | 38.00 | 38.00 |
| (TAXABLE  $38.95) | | | | |

**TOTAL DUE  >>>**　　　**$38.95**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Order No. | : 6629.032 | BU ID | : MAIN |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |

| Invoice No. | : 27859 | Invoice Date | : 3/16/2020 |
|---|---|---|---|
| **Total Due** | : **$38.95** | | |

**Remit To:**　**United Record Services, LLC**
　　　　　　**P.O.Box 171055**
　　　　　　**San Antonio, TX  78217**

**PAYMENT WITH CREDIT CARD**　　AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE



## UNITED RECORD SERVICES, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 28066 | 3/31/2020 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.031 | 2/26/2020 | |

| **Case Name** | | |
|---|---|---|
| Brenda Moulton | | |

| **Records Pertaining To** | | |
|---|---|---|
| Brenda Moulton | | |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SOUTH TEXAS PHYSICAL MEDICINE AND REHABILITATION GROUP<br>Medical and Billing<br>2 SPURS LANE, BLDG 6, SUITE 101<br>San Antonio, TX  78240 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | |
|---|---|---|---|
| Brenda Moulton (Medical) | 137.00 Pages | | |
| Custodian Fee | | 47.30 | 47.30 |
| Hand Serve Fee | | 9.00 | 9.00 |
| Base Fee | | 38.00 | 38.00 |
| (TAXABLE  $85.30) | | | |
| | | **TOTAL DUE  >>>** | **$94.30** |

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ██████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | |
|---|---|---|---|
| Order No. | : 6629.031 | BU ID | : MAIN |
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |
| | | | |
| Invoice No. | : 28066 | Invoice Date | : 3/31/2020 |
| **Total Due** | : **$94.30** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

# I N V O I C E

**UNITED RECORD**
S E R V I C E S, LLC

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 29373 | 6/25/2020 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6629.033 | 4/6/2020 | |

| **Case Name** |
|---|
| Brenda Moulton |

| **Records Pertaining To** |
|---|
| Brenda Moulton |

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| Records From | Ordered By | Reference Info. |
|---|---|---|
| PHARM HOUSE DRUG CO.<br>Billing Records<br>13857 HWY 87, SUITE 100<br>La Vernia, TX  78121 | Alice Keeran<br>O'Hanlon, McCollom & Demerath<br>Attorneys-at-law<br>808 West Ave<br>Austin, TX  78701 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| Brenda Moulton (Billing) | 12.00 Pages | @ | 0.19 | 2.28 |
| Custodian Fee | | | 52.91 | 52.91 |
| Base Fee | | | 38.00 | 38.00 |
| (TAXABLE  $93.19) | | | | |

**TOTAL DUE  >>>**                 **$93.19**

CREDIT CARDS ARE ACCEPTED

**Tax ID:** ███████

*Please detach bottom portion and return with payment.*

Alice Keeran
O'Hanlon, McCollom & Demerath Attorneys-at-law
808 West Ave
Austin, TX  78701

| | | | |
|---|---|---|---|
| Order No. | : 6629.033 | BU ID | : MAIN |
| Case No. | : | | |
| Case Name | : Brenda Moulton | | |
| | | | |
| Invoice No. | : 29373 | Invoice Date | : 6/25/2020 |
| **Total Due** | **: $93.19** | | |

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:  **United Record Services, LLC**
**P.O.Box 171055**
**San Antonio, TX  78217**

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

06/11/20

## Robert Braden Transcript

SALE                                                    Total:        $267.75

American Express
xxxxxxxxxxx2790

| | | |
|---|---|---|
| Exp. Date: | xx / xx | |
| Entry Mode: | Keyed | |
| Name: | Alice Keeran | |

| | | | |
|---|---|---|---|
| Auth. Code: | 272950 | QuickBooks Trans. No: | |
| Trans. ID: | PL0030129786 | Merchant No.: | 5247719927771528 |
| Terminal ID: | - | AID | - |

Thank you for your business

CUSTOMER COPY

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

07/22/21

Dr. David Feltoon Transcript   Split between 12 Plaintiffs
(9 in Braden I and 3 in Braden II*). The total for Braden      Total:      $858.37
II is $214.59.

SALE

American Express
xxxxxxxxxxx2790
Exp. Date:

xx / xx

| | | |
|---|---|---|
| Entry Mode: | Keyed | |
| Name: | Alice Keeran | |
| | | QuickBooks Trans. No: |
| Auth. Code: Trans. | 225300 | Merchant No.:      5247719927771528 |
| ID: Terminal ID: | MQ0026769169 | AID      - |
| | - | |

X _____

Signature

I agree to pay the total amount shown above in compliance with the cardholder agreement

*The 3 from Braden II are Robert Braden; Rebecca Metcalf; Brenda Moulton

MERCHANT COPY

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

07/22/21

SALE                                                    Total:        $858.37

American Express
xxxxxxxxxxx2790

Exp. Date:          xx / xx
Entry Mode:         Keyed
Name:               Alice Keeran

Auth. Code:         225300          QuickBooks Trans. No:
Trans. ID:          MQ0026769169    Merchant No.:          5247719927771528
Terminal ID:        -               AID                                  -

Thank you for your business

CUSTOMER COPY

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

02/11/21

## Susan McCarty Transcript

SALE                                                    Total:        $129.15

American Express
xxxxxxxxxxx2790

| | |
|---|---|
| Exp. Date: | xx / xx |
| Entry Mode: | Keyed |
| Name: | Alice Keeran |

| | | | |
|---|---|---|---|
| Auth. Code: | 232964 | QuickBooks Trans. No: | |
| Trans. ID: | PL0077977108 | Merchant No.: | 5247719927771528 |
| Terminal ID: | - | AID | - |

Thank you for your business

CUSTOMER COPY

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

06/15/20

## Rebecca Metcalf Transcript

SALE                                                    Total:        $303.89

American Express
xxxxxxxxxxx2790

Exp. Date:        xx / xx
Entry Mode:       Keyed
Name:             Alice Keeran

Auth. Code:       284996              QuickBooks Trans. No:
Trans. ID:        PJ0031347387       Merchant No.:        5247719927771528
Terminal ID:      -                  AID                            -

Thank you for your business

CUSTOMER COPY

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

06/08/20

## Brenda Moulton Transcript

SALE                                                          Total:        $412.65

American Express
xxxxxxxxxxx2790

| | |
|---|---|
| Exp. Date: | xx / xx |
| Entry Mode: | Keyed |
| Name: | Alice Keeran |

| | | | |
|---|---|---|---|
| Auth. Code: | 288773 | QuickBooks Trans. No: | |
| Trans. ID: | PL0029506772 | Merchant No.: | 5247719927771528 |
| Terminal ID: | - | AID | - |

Thank you for your business

CUSTOMER COPY